UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2006 FEB -9 P 3:30

U.S. DISTRICT COURT
BRIDGEPORT CT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 3 |
| | : | |
| | : | VIOLATION: 18 U.S.C. § 2422(b) |
| | : | (Use of Interstate Facility to |
| v. | : | Coerce a Minor To Engage in |
| | : | Sexual Activity); |
| | : | 18 U.S.C. § 1030(a)(2)(C) (Fraud |
| | : | and Related Activity in |
| JAYSON A. MANGIARACINA | : | Connection with Computers) |

## I N F O R M A T I O N

The United States Attorney charges that:

### COUNT ONE

Between in or about December 2004 and March 2005, in the District of Connecticut, JAYSON A. MANGIARACINA, the defendant herein, did use a facility and means of interstate commerce, namely the Internet, to knowingly persuade, induce, entice, and coerce an individual who had not attained the age of eighteen years to engage in sexual activity for which any person can be charged with a criminal offense, namely Sexual Assault in the Second Degree, in violation of Connecticut General Statutes § 53a-71(a)(1), and Risk of Injury to a Minor, in violation of Connecticut General Statutes § 53-21(a)(2).

All in violation of Title 18, United States Code, Section 2422(b).

## COUNT TWO

Between in or about December 2004 and March 2005, in the District of Connecticut, JAYSON A. MANGIARACINA, the defendant herein, did intentionally access a computer without authorization and thereby obtained information from any protected computer and such conduct involved an interstate or foreign communication.

All in violation of Title 18, United States Code, Section 1030(a)(2)(C).

UNITED STATES OF AMERICA

_____
KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

_____
ALEX V. HERNANDEZ
SUPERVISORY ASSISTANT U.S. ATTORNEY

_____
JAMES K. FILAN, JR.
ASSISTANT UNITED STATES ATTORNEY