AO 91 (Rev. 06/96) Criminal Complaint

# UNITED STATES DISTRICT COURT

DISTRICT OF __CONNECTICUT__

UNITED STATES OF AMERICA

V.

JAYSON A. MANGIARACINA
DOB 2/4/84
43 ROUTE 37 SOUTH
SHERMAN, CONNECTICUT

## CRIMINAL COMPLAINT

DOCKET NUMBER:

I, the undersigned complainant being duly sworn states: The following is true and correct to the best of my knowledge and belief. Between on or about December 2004 and March 24, 2005, in Fairfield County, in the District of Connecticut, the defendant used any facility or means of interstate or foreign commerce to knowingly persuade, induce, entice, or coerce any individual who has not attained the age of 18 years, to engage in prostitution or any sexual activity for which any person can be charged with a criminal offense, or attempted to do so, in violation of Title __18__ United States Code, § 2422(b).

I further state that I am a Task Force Agent with the Computer Crimes Task Force of the Federal Bureau of Investigation and that this complaint is based on the following facts: **see Affidavit**

Continued on the attached sheet and made a part hereof: ■ Yes  ☐ No

_____
Signature of Complainant
Christine Perrotti

Sworn to before me and subscribed in my presence,

March 24, 2005                 at        Bridgeport, Connecticut
Date                                      City and State

HOLLY B. FITZSIMMONS
UNITED STATES MAGISTRATE JUDGE
Name & Title of Judicial Officer

_____
Signature of Judicial Officer