UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

STATE OF CONNECTICUT

                   : ss.  Bridgeport, Connecticut

COUNTY OF FAIRFIELD

## AFFIDAVIT

I, Christine Perrotti, being duly sworn, depose and state as follows:

1.     I am an Officer with the New Haven Department of Police Services currently assigned as a Task Force Agent to the Connecticut Computer Crimes Task Force, a multi-agency task force located at the Federal Bureau of Investigation in New Haven, Connecticut.  It is among my job responsibilities to investigate federal violations involving the sexual exploitation of children, including use of the Internet to persuade, induce, entice or coerce a juvenile to engage in sexual activity for which any person can be charged with a criminal offense.  I also investigate crimes involving the possession and trafficking of child pornography.

2.     As a Task Force Agent, I am authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States.

3.     I am presently investigating the activities of **JAYSON A. MANGIARACINA, ("MANGIARACINA")**, a.k.a "**TheyStoleMyShoe**," age 21, 43 Route 37 South, Sherman, Connecticut.  For the reasons set forth below, there is probable cause to believe, and I do believe, that **MANGIARACINA** has used a means or facility of interstate commerce, such as an interactive computer service, to persuade, induce, entice or coerce, and to attempt to persuade, induce, entice or coerce, a juvenile to engage in sexual activity for which any person can be charged with a criminal offense, in violation of Title 18, United States Code, Section 2422(b). I

submit this affidavit in support of a criminal complaint and arrest warrant for **JAYSON A. MANGIARACINA**, 43 Route 37 South, Sherman, Connecticut, for a violation of Title 18, United States Code, Section 2422(b).

4.      The information supplied in this affidavit is based in part upon an investigation into this matter carried out by me and other members of the Computer Crimes Task Force, other law enforcement officers, my training and experience and the training and experience of my fellow law enforcement officers. Because this affidavit is being submitted for the limited purpose of securing an arrest warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that **MANGIARACINA** has violated Title 18, United States Code, Section 2422(b).

## STATUTORY AUTHORITY

5.      This investigation concerns alleged violations of Title 18, United States Code, Section 2422(b), relating to the use of an interstate facility to persuade, induce, entice or coerce, and to attempt to persuade, induce, entice or coerce, a juvenile to engage in unlawful sexual activity. Under this statute, it is unlawful for a person to use a facility or means of interstate commerce to persuade, induce, entice or coerce, or to attempt to persuade, induce, entice or coerce, a person under the age of 18 years, to engage in any sexual activity for which any person can be charged with a criminal offense.

## DETAILS OF THE INVESTIGATION

6.      In or about the Summer of 2004, a fourteen year old girl, hereinafter referred to as "the victim," joined an Internet web site known as www.BuddyPic.com, a web site in which people post pictures of themselves, review and rate pictures that other people have posted, review

other peoples' personal profiles, describe their likes and dislikes, and participate in chat sessions or online conversations and forums dedicated to specific interests. In early December 2004, the victim received an Instant Message ("IM") from a person using the name "TheyStoleMyShoe." The victim engaged in an online chat with TheyStoleMyShoe and another person known to the victim only as Drew. Using normal investigative techniques, the FBI first reviewed the profile of TheyStoleMyShoe on the www.BuddyPic.com web site. That profile identified TheyStoleMyShoe as a twenty one (21) year-old male living in Sherman, Connecticut. The FBI then contacted America Online/AIM and was able to identify TheyStoleMyShoe as having an email address of TheyStoleMyShoe@charter.net. We then took that information and found that the subscriber to Charter Communications Internet Service was Jane Mangiaracina, 43 Route 37 South, Sherman, Connecticut. We then conducted a search of a number of databases and found that a **JAYSON MANGIARACINA** resided at that address. We then conducted a "Google" search for the name TheyStoleMyShoe. Those results reflected that TheyStoleMyShoe had posted messages on an internet web site called www.SoundIllusions.net. We then obtained a free registration for www.SoundIllusions.net. On that web site were numerous postings from a user named TheyStoleMyShoe. One such posting was a picture entitled "me and my girl." We then compared the picture of the male posted on www.SoundIllusions.net with the male in the picture on www.BuddyPic.com and they appeared to be the same individual. The individual using the name TheyStoleMyShoe also had postings www.Jeepforum.com. On one of the postings he provided a date of birth of February 4, 1984. Taking the cumulative information set forth above, the Danbury Police Department searched the Connecticut Department of Motor Vehicle database and found that a **JAYSON A. MANGIARACINA** lived at 43 Route 37 South, Sherman, Connecticut, and had a date of birth of February 4, 1984.

7.      The victim stated that both TheyStoleMyShoe and Drew began to harass the victim. Drew asked the victim whether she had a web camera, which she did, and Drew asked the victim to use the web camera to transmit live video pictures of herself. The victim refused. Drew continued to tell the victim to use the web camera and to transmit naked pictures of herself. According to the victim, she continued to refuse to go on the web camera and take nude videos of herself. Drew, however, was persistent and the victim eventually agreed to send Drew a still photograph of herself. The still photograph was an image of the victim's entire back and the upper part of her buttocks. The victim sent the picture to Drew through an internet mail service connected to the www.BuddyPic.com service.

8.      On that same day, TheyStoleMyShoe also began to contact the victim. According to the victim, at first TheyStoleMyShoe was friendly but he then began asking the victim questions such as the size of her breasts. The victim ignored further advances by TheyStoleMyShoe and went offline. The next day the victim went onto the www.BuddyPic.com web site and both Drew and TheyStoleMyShoe were online. While both Drew and TheyStoleMyShoe were talking to the victim online, TheyStoleMyShoe stated that he had hacked into Drew's computer and had stolen the victim's picture. TheyStoleMyShoe then threatened the victim and stated that if she did not "give him head" (perform oral sex on him) he would hack into her high school web site and post the picture of her that she had sent to Drew on the web site.

9.      The victim stated to law enforcement that she begged TheyStoleMyShoe not to do it and he said no. The victim asked TheyStoleMyShoe if she performed oral sex on him whether he would post her picture on her school's web site and he stated to her that that was what it would take to prevent him from doing so. After the victim explained to TheyStoleMyShoe that

she could not meet him he insisted on coming over to the victim's house. The victim asked TheyStoleMyShoe if they could do it another time and he insisted on doing it that night or the picture would be posted the following day. The victim eventually agreed to have TheyStoleMyShoe come to her house and gave him her address.

10.     Approximately thirty (30) minutes later, TheyStoleMyShoe arrived at the victim's house. TheyStoleMyShoe had a compact disk with him and stated that the victim's picture was on that disk. He stated that once she performed oral sex on him she could have the compact disk. The victim then performed oral sex on TheyStoleMyShoe. The victim stated that this was the first sexual experience she had ever had. When TheyStoleMyShoe was finished he broke the compact disk at the victim's request. The victim asked him if he had her picture on his computer and he stated that he did not, that he had deleted it, and that he would not bother the victim again.

11.     A few days later, TheyStoleMyShoe contacted the victim again through www.BuddyPic.com. The victim said to him that she thought he was going to leave her alone. TheyStoleMyShoe then got mad at the victim and stated that he was going to post the victim's picture on her school's web site. The victim apologized for making TheyStoleMyShoe mad and then blocked TheyStoleMyShoe from contacting her through www.BuddyPic.com. Somehow, TheyStoleMyShoe found a way to get around this blocking and contacted the victim again. At that time, the victim changed her screen name and blocked instant messages from TheyStoleMyShoe again.

12.     Between the time frame in December set forth in the preceding paragraph and February 17, 2005, the victim had no contact with TheyStoleMyShoe. On February 17, 2005, the victim received an email from TheyStoleMyShoe. The email stated that he knew that the victim had blocked messages from him and that the victim should send him an email message by that

night or he was going to post the victim's picture on her school's web site. He told the victim that it was her last chance to send him an instant message or he would post the picture.

13.    The victim then contacted her friend (hereinafter "friend") and explained the entire story to her in an instant message chat session. A copy of that instant message chat session is appended to this affidavit. The chat log indicates that during the chat session the victim directed the friend to the picture of TheyStoleMyShoe posted in his profile on the www.BuddyPic.com web site. The friend downloaded the picture and sent it to the victim, who identified that picture as TheyStoleMyShoe, the person who forced her to perform oral sex on him. The Federal Bureau of Investigation has a copy of that picture. The Federal Bureau of Investigation also independently joined www.BuddyPic.com and downloaded a picture of TheyStoleMyShoe.

14.    The victim, through her friend's mother, contacted the local police department, who referred this matter to the FBI for investigation. An undercover FBI agent (hereinafter "UCA") has assumed the screen name of the victim in an effort to determine whether the person identified as TheyStoleMyShoe would contact the victim again. On March 24, 2005, the UCA saw that TheyStoleMyShoe was online and, posing as the victim, contacted TheyStoleMyShoe. During those online conversations between the UCA and TheyStoleMyShoe, the following exchanges took place:

UCA (2:13:02 PM): hey
TheyStoleMyShoe (2:13:09 PM): hey
UCA (2:13:27 PM): havent seen u in a while
TheyStoleMyShoe (2:13:35 PM): yeah who is this lol
UCA (2:13:39 PM): lol
UCA (2:14:27 PM): guess ur still mad huh
TheyStoleMyShoe (2:14:35 PM): no but who is this heh
TheyStoleMyShoe (2:14:55 PM): send a pic please
UCA (2:15:08 PM): u already have my pic

TheyStoleMyShoe (2:15:22 PM): send it again
TheyStoleMyShoe (2:15:25 PM): so i know who u are lol
UCA (2:15:44 PM): no u said ud get rid of the first one
TheyStoleMyShoe (2:15:55 PM): oh yeah
TheyStoleMyShoe (2:15:59 PM): u ignored me forever
TheyStoleMyShoe (2:16:08 PM): ██████████
UCA (2:16:09 PM): i know i was scared
UCA (2:16:12 PM): yep
TheyStoleMyShoe (2:16:26 PM): u shouldn;t have been, it only made me more mad heh
UCA (2:16:39 PM): i know i guess i just freaked
UCA (2:18:21 PM): u there
TheyStoleMyShoe (2:18:25 PM): yeah i am babe
UCA (2:18:32 PM): just checking
UCA (2:19:31 PM): so did u get rid of it
TheyStoleMyShoe (2:19:37 PM): no
UCA (2:20:14 PM): wut r u gonna do with it
TheyStoleMyShoe (2:20:31 PM): i dunno
UCA (2:20:41 PM): i dont want u 2 be mad
TheyStoleMyShoe (2:20:45 PM): maybe keep it between us, but it depends since u completly ignored me
UCA (2:21:01 PM): depends on wut
TheyStoleMyShoe (2:21:17 PM): i dunno
UCA (2:21:48 PM): im really sorry i ignored u
UCA (2:21:55 PM): i dont want u mad
TheyStoleMyShoe (2:22:35 PM): i know
UCA (2:24:23 PM): wut r u thinking?
TheyStoleMyShoe (2:24:51 PM): i dunno yet
TheyStoleMyShoe (2:25:00 PM): maybe u will hookup with me again who knows
UCA (2:25:30 PM): just like b4
TheyStoleMyShoe (2:25:51 PM): yeah and then ill delete it this time
TheyStoleMyShoe (2:26:01 PM): only since u ignored me lik that
UCA (2:26:26 PM): i said i wuz sorry
TheyStoleMyShoe (2:26:41 PM): i know that, but that was really messed up and im really hurt
TheyStoleMyShoe (2:26:46 PM): and u should make it up to me
UCA (2:26:52 PM): how
TheyStoleMyShoe (2:26:58 PM): doing it one more time
UCA (2:27:17 PM): i dont know i wuz really scared
TheyStoleMyShoe (2:27:24 PM): i know but im nice as u saw
TheyStoleMyShoe (2:27:32 PM): i didn;t make u doing naything i didn:t say
UCA (2:27:57 PM): i know
TheyStoleMyShoe (2:28:12 PM): thats why im saying just one more time like that
TheyStoleMyShoe (2:28:17 PM): and never again and we can be friends
TheyStoleMyShoe (2:28:20 PM): promise
UCA (2:29:03 PM): i dont know i gess if thats all u want it wasnt that bad
TheyStoleMyShoe (2:29:12 PM): yeah thats all

UCA (2:30:28 PM): well i gess how can i be sure thats all u want
TheyStoleMyShoe (2:30:57 PM): cuz im not an asshole
UCA (2:31:03 PM): lol
TheyStoleMyShoe (2:31:22 PM): i was honest last time and iwill be this time
TheyStoleMyShoe (2:33:12 PM): promise
UCA (2:33:45 PM): just in the mouth
TheyStoleMyShoe (2:33:48 PM): yes
UCA (2:33:56 PM): when
TheyStoleMyShoe (2:33:59 PM): today?
UCA (2:34:10 PM): let me see where
UCA (2:34:19 PM): u promise the pic is gone then
TheyStoleMyShoe (2:34:25 PM): i swear on everything
UCA (2:34:40 PM): maybe i can think of somewhere different
TheyStoleMyShoe (2:34:50 PM): like where?
UCA (2:34:59 PM): maybe a friends?
TheyStoleMyShoe (2:35:09 PM): whatever u want, we can do it in my car i dun care
UCA (2:35:22 PM): really
TheyStoleMyShoe (2:35:34 PM): yeah, hell if u have a g/f that will do it with you, that will work too
UCA (2:35:43 PM): lol
TheyStoleMyShoe (2:36:04 PM): heh im not joking :P
UCA (2:37:05 PM): i dont know bout that
TheyStoleMyShoe (2:37:26 PM): heh ok
UCA (2:37:41 PM): k like where do u wanna meet it i can get out
TheyStoleMyShoe (2:37:49 PM): u gotta give me a little
TheyStoleMyShoe (2:37:52 PM): i can;t this second
UCA (2:38:09 PM): me either
TheyStoleMyShoe (2:38:26 PM): we can meet like near your hous somewhere if we have to
UCA (2:38:43 PM): let me check that might be okay
TheyStoleMyShoe (2:38:48 PM): check on what lol
UCA (2:40:00 PM): what time
TheyStoleMyShoe (2:40:05 PM): 5?
UCA (2:40:15 PM): prob should b k
UCA (2:40:28 PM): i have 2 c wut my mom is doing
TheyStoleMyShoe (2:40:31 PM): ok
UCA (2:40:38 PM): should we chat later
TheyStoleMyShoe (2:40:43 PM): we can chat now
UCA (2:40:48 PM): k
UCA (2:40:55 PM): i just thought u had 2 go
TheyStoleMyShoe (2:40:59 PM): nah i don
TheyStoleMyShoe (2:41:03 PM): im just doing something tho
TheyStoleMyShoe (2:41:05 PM): but we can talk heh
UCA (2:41:07 PM): k
TheyStoleMyShoe (2:41:13 PM): can u send me pics of your face atlest? just so i  can see
UCA (2:41:23 PM): no way

UCA (2:41:35 PM): im afraid of wut ud do to it
TheyStoleMyShoe (2:41:46 PM): nothing i just wanna see u before i come, promise
UCA (2:42:40 PM): im only agreeing to this so i can get rid of the first
UCA (2:42:42 PM): one
TheyStoleMyShoe (2:42:49 PM): yeah i know
TheyStoleMyShoe (2:43:21 PM): i just wnated to see pics of u before tho heh
TheyStoleMyShoe (2:43:28 PM): just of yer face doens;t have to be anything.
UCA (2:43:49 PM): im sorry im just really scared
TheyStoleMyShoe (2:43:59 PM): don;t be im nto gonna do anything just trust me
UCA (2:44:55 PM): let me think bout it
TheyStoleMyShoe (2:45:01 PM): ok
UCA (2:45:41 PM): ty
TheyStoleMyShoe (2:46:56 PM): no problem
UCA (2:49:38 PM): k
UCA (2:51:42 PM): so did u show anyone else the pic
TheyStoleMyShoe (2:51:47 PM): no i wouldn;t do that
UCA (2:51:54 PM): ty soooooo muchhhh
UCA (2:52:08 PM): that makes me feel better
TheyStoleMyShoe (2:52:30 PM): as much as u don;t trust me, u should
TheyStoleMyShoe (2:53:53 PM): im not a bad guy
TheyStoleMyShoe (2:53:58 PM): and i wanna be friends after this. if thats ok
TheyStoleMyShoe (2:54:06 PM): but just friends
UCA (2:54:10 PM): yea that would be nice
UCA (2:54:15 PM): i know
UCA (2:54:21 PM): i understand
TheyStoleMyShoe (2:55:58 PM): i hope thats ok
UCA (2:56:16 PM): yea that k with me
TheyStoleMyShoe (2:58:35 PM): ok
UCA (2:59:01 PM): so if i cant think of anywhere is your car still k
TheyStoleMyShoe (2:59:08 PM): yeah
UCA (2:59:25 PM): then u d just come here
TheyStoleMyShoe (2:59:28 PM): will u be home alone anytime?
UCA (2:59:53 PM): prob in a couple of hours after my mom leaves thats wut im waiting 2 find out
TheyStoleMyShoe (2:59:59 PM): ok
UCA (3:00:28 PM): i should know soon
TheyStoleMyShoe (3:01:09 PM): ok cool
UCA (3:01:39 PM): so how long will it take u 2 get here
TheyStoleMyShoe (3:01:48 PM): like 20 mins? i ened your address again tho
UCA (3:02:31 PM): yeah let me just see if were gonna do it here or some where else
TheyStoleMyShoe (3:02:36 PM): ok
TheyStoleMyShoe (3:02:43 PM): either way i have to pick u up there
TheyStoleMyShoe (3:02:52 PM): unless u wanna get your friend in it. maybe ill giv eu guys something for it heh
UCA (3:02:53 PM): k

UCA (3:03:28 PM): u sound serious bout that
TheyStoleMyShoe (3:03:37 PM): heh i am
UCA (3:03:52 PM): wut she have 2 do
TheyStoleMyShoe (3:03:57 PM): same as u
TheyStoleMyShoe (3:04:00 PM): just take turns or something
UCA (3:04:22 PM): really
TheyStoleMyShoe (3:04:25 PM): yea
UCA (3:04:33 PM): well i dont know bout that
UCA (3:04:41 PM): would we do it in your car
TheyStoleMyShoe (3:04:49 PM): or their place which ever works
UCA (3:05:00 PM): well i dont know bout that
TheyStoleMyShoe (3:05:31 PM): lemme know id realy like that
TheyStoleMyShoe (3:05:45 PM): id do anything u wanted for that heh
UCA (3:05:59 PM): i dont know how id ask a friend 2 do something like that
TheyStoleMyShoe (3:06:10 PM): jsut tell her heh
UCA (3:06:18 PM): i dont think any of my friends ever gave head b4
UCA (3:07:15 PM): u there
TheyStoleMyShoe (3:07:18 PM): yeah
TheyStoleMyShoe (3:07:22 PM): well ask them
UCA (3:07:32 PM): i dont know
UCA (3:07:42 PM): ill think about it
TheyStoleMyShoe (3:07:58 PM): hell ill give u anythng u guys want
UCA (3:08:27 PM): i dont know
UCA (3:08:35 PM): its k if its just me isnt it
TheyStoleMyShoe (3:08:42 PM): yes
UCA (3:08:46 PM): k good
TheyStoleMyShoe (3:09:30 PM): your friend would just be something new for me and id really like that
TheyStoleMyShoe (3:10:10 PM): hell maybe id pay u guys for that or buy u something
TheyStoleMyShoe (3:10:11 PM): that sup to you
UCA (3:10:19 PM): really
TheyStoleMyShoe (3:11:14 PM): yea
TheyStoleMyShoe (3:11:32 PM): what would u want heh
UCA (3:11:37 PM): like how much
TheyStoleMyShoe (3:11:42 PM): u tell me
UCA (3:12:00 PM): i would have no idea
TheyStoleMyShoe (3:12:05 PM): 20 each?
UCA (3:12:26 PM): i dont know
TheyStoleMyShoe (3:12:32 PM): u tell me heh
TheyStoleMyShoe (3:12:35 PM): im open for sugestion
UCA (3:12:49 PM): i dont know
UCA (3:13:05 PM): itd b really embarrassing 2 ask a gf 2 do something like that
TheyStoleMyShoe (3:13:22 PM): heh just do it, tell them u prmised
UCA (3:13:32 PM): ill let u know
TheyStoleMyShoe (3:13:59 PM): ok

UCA (3:15:57 PM): so if i ask a gf wut time should i tell her
TheyStoleMyShoe (3:16:02 PM): like 5?
UCA (3:16:08 PM): k
UCA (3:16:17 PM): u gonna pick us up
TheyStoleMyShoe (3:16:19 PM): only thing i ask is u send a pic of her to me if she says yes so i know
TheyStoleMyShoe (3:16:19 PM): yeah
UCA (3:16:27 PM): why
TheyStoleMyShoe (3:16:37 PM): i wanna know what she looks like lol
UCA (3:16:40 PM): i dont want her pic all over the place 2
TheyStoleMyShoe (3:16:50 PM): it won't i just wanna see what she looks like, ipromise
UCA (3:17:23 PM): lets wait and ill see if my gf is willing
UCA (3:17:28 PM): k
TheyStoleMyShoe (3:17:30 PM): ok
TheyStoleMyShoe (3:17:36 PM): can u send a pic of her now just so i knwo what she looks like?
UCA (3:17:53 PM): no i dont have any pics of her
TheyStoleMyShoe (3:17:58 PM): oh, does she have BP:
TheyStoleMyShoe (3:17:59 PM): ?
UCA (3:18:19 PM): no
TheyStoleMyShoe (3:18:24 PM): h ok
TheyStoleMyShoe (3:18:47 PM): ask her now please
TheyStoleMyShoe (3:18:57 PM): i wnna know as soon as i can
UCA (3:19:01 PM): k

15.     As is clear from the above, during these conversations **MANGIARACINA** both

admitted to the prior unlawful sexual contact and made arrangements with the UCA posing as the

victim to meet for the express purpose of engaging in sexual activity. At the time of the drafting

of this Affidavit whether **MANGIARACINA** will follow through with the proposed meeting.

Nonetheless, based on the information known to law enforcement as set forth above, the affiant

respectfully submits that there is probable cause to believe, and I do believe, that **JAYSON A. MANGIARACINA, a/k/a "TheyStoleMyShoe,"** age 21, 43 Route 37 South, Sherman, Connecticut, violated 18 U.S.C. § 2422(b).

CHRISTINE PERROTTI
TASK FORCE AGENT
FEDERAL BUREAU OF INVESTIGATION

Sworn and subscribed before me this 24th day of March, 2005.

HOLLY B. FITZSIMMONS
UNITED STATES MAGISTRATE JUDGE

(2:30:__ PM): __ have to tlk to u

(2:30:4_ PM): __ __?

(2:30:48 PM): yea?

(2:31:00 PM): i'm being harrassed and threatened by a twenty sumthing year old guy

(2:31:04 PM): i need help

(2:31:07 PM): ok _ontnu _?

(2:31:29 PM): yeah... but u dunno the whole story

(2:31:31 PM): will u tell me?

(2:31:49 PM): yeah but plz promise u won't tell anyone

(2:31:50 PM): i wont

(2:31:54 PM): ok

(2:32:02 PM): u no i joined Buddypic.com rite?

(2:32:07 PM): remember that pic u saw on there of me

(2:32:11 PM): yes

(2:32:29 PM): well i put my aim sn there before nd this guy imed me, he lives in Brewster NY

(2:32:52 PM): nd then he was threatening me to take naked pics of me nd stuff

(2:33:09 PM): nd he said if i didn't he'll hack my computer nd do sumthing bad to me, nd i was so miserable i didn't no wut to do

(2:33:31 PM): so i did as he did, i took a pic of me naked with a thong on but it was only a picture of my bak, not my front

(2:33:51 PM): but i didn't wanna send it to him

(2:34:00 PM): nd then he hacked my computer...

(2:34:08 PM): nd took the pic

(2:34:26 PM): nd then he threatened me to give him head or he'll post the picture all over skewl

(2:34:44 PM): did u block him or somthing

(2:34:52 PM): i mean i'm sure u cud report him actually

(2:34:55 PM): hold on let me finish

(2:35:02 PM): ok

(2:35:24 PM): i blocked him nd he told my friend to im me to tell me to unblock him or he'll post the pic all over skewl, so i unblocked him

(2:35:39 PM): nd he said i had to give him head or he's gonna post the picture at skewl the next day

(2:36:08 PM): so i agreed, nd he drove to my house... nd i gave him head nd he promised me with his life that he wud delete the pics and leave me alone

(2:36:24 PM): but he didn't keep his promise

(2:36:4_ PM): so i made a new screen name, thats the reason i stopped using _____ nd started using this one

(2:3_:30 PM): nd then sumone he found out nd he said if i dun unblock him nd im him tonite, hes gonna post the pictures at skewl again,

(2:3_:5_ PM): nd my friend said that if i dun report it or sumthing he's gonna do it for me nd its gonna be 10x more complicated, nd i said i had a really good friend that mite be able to help me

(2:3_:5_ PM): nd thats u

(2:37:45 PM): thank you

(2:38:00 PM): i think you shud report him

(2:__:2_ PM): but i'm too scared to do it, do u think ur mom can help me? for sum reason i really like ur mom nd i trust her

(2:__:__ PM): __ _____ _____ __ _____ ___ ___

(2:__:__ PM): ___ _____ _____ ___ _____ ___ _____ ____ _____

(2:__:__ PM): but plz tell ur mom to keep it quiet for now... until she does sumthing

(2:__:__ PM): well i dunno

2:??:?? PM]: i have no idea wut to do, i'm so scared

2:39:23 PM]: ▓▓▓

2:39:32 PM]: at 4

2:39:4? PM]: yeah... but i'm so scared, nd i'm crying, i dunno wut to do, i'm terrified

2:40:0? PM]: at 4

2:40:0? PM]: i'll call her now

2:40:0? PM]: alrite thnx

2:40:2? PM]: ur wlcm

2:41:3? PM]: do u know wut his s/n is?

2:42:03 PM]: yes...

2:42:17 PM]: will u tell me my moms askin

2:42:2? PM]: TheyStoleMyShoe

2:42:52 PM]: wuts his name?

2:43:0? PM]: i dunno, he never told me

2:43:22 PM]: is he bothering u now?

2:43:32 PM]: no, he doesn't no my new screenname

2:43:34 PM]: wut does he look like..?

2:43:46 PM]: hes like short, about my height, maybe a few inches taller nd he has like black or dark brown hair, kinda fat

2:44:12 PM]: like how old

2:44:13 PM]:

2:44:2? PM]: i think 20 or 21

2:44:3? PM]: is he asian or white or wut?

2:44:4? PM]: um white

2:45:00 PM]: he has a car right?

2:45:13 PM]: yeah

2:45:44 PM]: wut kind do u know

2:45:4? PM]: no idea, but if u wanna see a picture of him, go to www.buddypic.com nd in the searchbar type in theystolemyshoe nd his profile nd picture will show up

2:47:24 PM]: all right, she hung up..

2:47:4? PM]: wut did ur mom say..

2:47:5? PM]: i didnt tell her evrything... but i told her he was sexually harassing u nd new where u live nd evrything else..

2:48:0? PM]: alrite

2:48:08 PM]: nd thats his picture right? so, we'll know wut he looks like..

2:48:1? PM]: yeah thats him

2:48:2? PM]: but he's ugher in real life

2:48:40 PM]: ok

2:48:5? PM]: i think she sed she was going to call the police.. but she wants to help

2:48:5? PM]: when?

2:49:0? PM]: is she calling the police

2:49:0? PM]: idk

2:49:10 PM]: i think so..yes

2:49:??:?? PM]: if anything happens will u promise u'll be there for me?

2:49:5? PM]: ofcourse

2:49:58 PM]: ur my friend nd i love u, u wudn't be there?

2:??:?? PM]: like if i am brought to the police station, will u go with me

2:??:?? PM]: if u want me to i'll definitly go

2:49:44 PM]: alrite thnx

2:50:16 PM]: i feel better now

2:50:18 PM]: not as scared

2:50:22 PM]: good...

2:50:30 PM]: don't worry,it'll b ok...

2:50:50 PM]: but if he says hes going to come over or anything, then u has to call 911 ok?

2:50:57 PM]: ok

2:51:16 PM]: but i'm safe for now, cuz he doesn't no my new sn

2:51:46 PM]: do u still hav the picture?

2:51:51 PM]: of me?

2:52:11 PM]: yes

2:52:32 PM]: i deleted it

2:53:35 PM]: ok

2:53:48 PM]: my parents r gonna find out about this?

2:54:07 PM]: idk...

2:54:15 PM]: they might if u hav to go to the police station

2:54:53 PM]: my mothr sed that an adult needed to "step in" but she sed since ur parents can't speak englsh, they can't do anything, nd she sed she wud help

2:55:08 PM]: alrite

2:55:10 PM]: i've been scared for so long, afraid of every second that passed that he mite do this to me again, nd today came

2:56:30 PM]: thank you for telling me

2:55:05 PM]: i was gonna keep it quiet forever... but then my friend said if i dun try to get help he was gonna step in nd try to get me help nd it'll be even more complicated so i decided to tell u

2:57:28 PM]: nd ur like one of my bestest friends nd i trust u nd ur mom nd i know she'll help me

2:57:47 PM]: she will

2:58:00 PM]: how did u find out about him though if he doesn't hav ur new sn?

2:58:09 PM]: buddypic... he can mail me on buddypic

2:59:00 PM]: i tried avoiding buddypic.. for like a month nd decided that he's stopped but he sent me a mail that said i have to IM him sumtime today or he's gonna do sumthing

3:00:00 PM]: my mom just called me bak

3:00:08 PM]: wuts ur address?

3:00:20 PM]:

3:00:30 PM]: is the police gonna come or wut? i'm so scared

3:00:44 PM]: am i gonna have to go to court or sumthing?

3:01:10 PM]: she sed she was gonna talk to them

3:01:19 PM]: the police?

3:01:23 PM]: yes

3:01:32 PM]: alrite.. why did she need my address

3:01:41 PM]: she just needs information

3:01:57 PM]: omg! he just mailed me again

3:02:01 PM]: look at wut he said

3:02:16 PM]: last chance, u better im me

3:02:? PM]: for wut?

3:02:? PM]: wut?

3:02:? PM]: wut, last chance for wut?

3:02:? PM]: last chance like... my last chance or he's gonna do sumthing

3:02:? PM]: don't answer

3:03:13 PM]: ok i won't

3:03:31 PM]: can u forward that email to my mom?

3:03:36 PM]: or somthing..

3:03:47 PM]: no, its only accessible on buddypic

3:03:04:07 PM]: wut exactly does it say?

3:04:24 PM]: Last chance, u better im me

3:04:36 PM]: thats it?

3:04:39 PM]: yeah

3:06:04 PM]: can u close down ur buddypic site?

3:06:17 PM]: like delete my username

3:06:19 PM]: yea

3:06:24 PM]: no

3:06:38 PM]: can u take down the picture?

3:06:47 PM]: my picture?

3:06:51 PM]: yea

3:06:56 PM]: the ones u hav on buddypic

3:07:08 PM]: I only have pictures of my face tho

3:07:11 PM]: nd I can't not put a picture of me

3:07:26 PM]: can u save the emails hes sending u

3:07:44 PM]: u need to save them for proof or print them or something

3:07:52 PM]: well its saved on buddypic

3:07:54 PM]: on my account

3:09:08 PM]: ok.. she sed not to delete them or anything, just save them..

3:09:44 PM]: alrite

3:10:05 PM]: I'm so scared rite now, I'm afraid to get involved with the police

3:10:17 PM]: they're gonna ask me questions nd everything

3:10:48 PM]: he wont stop unless u do

3:10:52 PM]: yes, but they don't know wut u did with him ..i didnt tell her that

3:10:58 PM]: u shud tell them though..

3:10:47 PM]: i think they're gonna ask if hes ever done anything with me

3:11:08 PM]: well if they do u hav to say yes

3:11:24 PM]: alrite.. but if I really have to go to the police, u have to come with me.. I need sumone with me

3:11:33 PM]: i will, dont worry

3:11:34 PM]: i promise

3:11:38 PM]: alrite

3:12:56 PM]: wuts ur username on buddypic?

3:13:06 PM]: 

3:13:42 PM]: wuts gonna happen next

3:16:19 PM]: idk.. but it'll b ok

3:16:43 PM]: my mom sed she was going to call the police nd talk to them

3:16:52 PM]: alrite

3:17:20 PM]: they'll probably want to talk to u, but idk wut else

3:17:52 PM]: u have to come

3:17:55 PM]: i will

3:17:59 PM]: wut did he say he wud do if u didnt im him?

3:18:07 PM]: post that pic of me all over skewl

(3:18:11 PM): he knows where u go to school?

(3:18:23 PM): I dunno... I forget if I ever told him

(3:18:32 PM): but he knows ur a freshman nd he knows wut city so he cud probably figure it out...

(3:18:39 PM): yeah

(3:19:26 PM): he might just b saying that, but eethr way...wut he did is wrong.

(3:20:02 PM): yeah... nd thats y i had to tell sumone, i'm so scared he's gonna post the pic all over skewl nd I dunno if I shud im him or not, nd if i do he's gonna ask me to like give him head or sumthing worse

(3:20:18 PM): dont im him

(3:20:21 PM): or talk to him at all

(3:20:23 PM): ok, i won't

(3:21:33 PM): all right...nd if he were, it wudnt b until tuesday

(3:21:41 PM): yeah

(3:21:49 PM): brb i have to go to the bathroom

(3:22:01 PM): all right

(3:22:46 PM): alrite bak

(3:30:12 PM): all right...my mom just called me agen nd sed that she called the police nd then they gave her this number for some police ppl...nd she called them, nd left a message...

(3:30:28 PM): oh alrite

(3:32:35 PM): they're probably going to want to talk to u nd my mom sed shell help u but since u arent her child she cant take control nd u wud hav to tell ur parents but she wud take u to the police station nd evrything

(3:32:37 PM): ok.. but i'm scared...

(3:33:01 PM): ill go

(3:33:13 PM): alrite, but I dunno wut to tell the pple nd wut to tell my parents

(3:34:22 PM): ill go with u nd evrything nd they'll ask u questions nd u tell them the truth nd thatll b fine...

(3:34:40 PM): ok, i'm gonna try to stay calm nd not be scared

(3:34:54 PM): dont b scared

(3:35:03 PM): u wont get in trouble, its his fault

(3:35:18 PM): yeah.... its all his fucken fault nd i hate him for it!

(3:35:58 PM): it is...he cud go to jail or somthing

(3:36:10 PM): i hope he does... i hate him so much

(3:36:18 PM): nd he'll leave me alone

(3:37:39 PM): yes